UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> RANDY M. HARRIS, #07101652 ) | CR. No. 07-20127-B |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

Stephanie Z. Johnson applies to the Court for a Writ to have Randy M. Harris, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, Tennessee, appear before the Honorable James H. Allen on May 22, 2007, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this <u>14</u> day of <u>May</u>, 2007.

/s/ Stephanie Z. Johnson
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application,

**DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN**

**SHERIFF, SHELBY COUNTY JAIL**

**YOU ARE HEREBY COMMANDED** to have Randy M. Harris appear before the Honorable James H. Allen at the date and time aforementioned.

ENTERED this __14th__ day of May, 2007.

s/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**